L. Poe Leggette (Wyoming Bar No. 7-4652)
Mark S. Barron
Alexander K. Obrecht (Wyoming Bar No. 7-5542)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805
pleggette@bakerlaw.com
mbarron@bakerlaw.com
aobrecht@bakerlaw.com

*Attorneys for Petitioner Western Energy Alliance*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Case No. 0:21-cv-00013 |
| ) | |
| JOSEPH R. BIDEN, JR., in his official ) | |
| Capacity as President of the United States, ) | |
| SCOTT DE LA VEGA, in his official ) | |
| Capacity as Acting Secretary of the Interior, ) | |
| and UNITED STATES BUREAU ) | |
| OF LAND MANAGEMENT, ) | |
| ) | |
| Respondents. ) | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Western Energy Alliance, certifies that to the best of my knowledge and belief, Western Energy Alliance is a not-for-profit corporation, has no parent corporation, and

- 2 -

no corporation holds any stock in Western Energy Alliance. These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted this 27th day of January, 2021.

>/s/ L. Poe Leggette
> L. Poe Leggette
> Mark S. Barron
> Alexander K. Obrecht
> BAKER & HOSTETLER LLP
> 1801 California Street, Suite 4400
> Denver, Colorado 80202-2662
> Telephone: 303.861.0600
> Facsimile: 303.861.7805
> pleggette@bakerlaw.com
> mbarron@bakerlaw.com
> aobrecht@bakerlaw.com
>
> *Attorneys Petitioner, Western Energy Alliance*