# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING



| | |
|---|---|
| WESTERN ENERGY ALLIANCE and PETROLEUM ASSOCIATION OF WYOMING,<br><br>           Petitioners,<br><br>    v.<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States; DEB HAALAND, in her official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>           Respondents. | Case No. 21-CV-13-SWS |

## PRELIMINARY INJUNCTION BRIEFING SCHEDULE

This matter comes before the Court on the parties' Joint Motion to Adopt Briefing Plan on Motion for Preliminary Injunction (Doc. 40). Having considered the motion and reviewed the record herein, the Court finds the motion is supported by good cause and should be granted.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Adopt Briefing Plan on Motion for Preliminary Injunction (Doc. 40) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following deadlines and page limitations shall govern the parties' preliminary-injunction briefing:

(1) Petitioners filed a motion for preliminary injunction **on May 10, 2021** (Doc. 41).
(2) Respondents' response (up to 40 pages) must be filed **on or before June 7, 2021**.
(3) Petitioners may file a reply (up to 15 pages) **on or before June 17, 2021**.

**ORDERED:** May 11th, 2021.

Scott W. Skavdahl
United States District Judge