# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 MAY 20  PM 1:04

MARGARET BOTKINS, CLERK
CASPER

WESTERN ENERGY ALLIANCE and
PETROLEUM ASSOCIATION OF WYOMING,

       Petitioners,

    v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the
United States; DEB HAALAND, in her official capacity as
Secretary of the Interior; and THE UNITED STATES BUREAU
OF LAND MANAGEMENT,

       Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation
Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.*
("Business Coalition"),

       Intervenor-Respondents.

**No. 21-CV-13-SWS**
**(Lead Case)**

---

STATE OF WYOMING,

       Petitioner,

    v.

THE UNITED STATES DEPARTMENT OF INTERIOR;
DEBRA ANNE HAALAND, in her official capacity as
Secretary of the Interior; THE BUREAU OF LAND
MANAGEMENT; NADA CULVER, in her official capacity
as Acting Director of the Bureau of Land Management; and
KIM LIEBHAUSER, in her official capacity as the Acting
Director of the Wyoming State Bureau of Land Management,

       Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation
Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.*
("Business Coalition"),

       Intervenor-Respondents.

No. 21-CV-56-SWS
(Joined Case)

## GLOBAL BRIEFING SCHEDULE FOR PRELIMINARY-INJUNCTION MOTIONS

Having reviewed the records in each case, the Court finds a unified briefing schedule for the pending motions for preliminary injunction (21CV13 Doc. 41; 21CV56 Doc. 44) would encourage efficient administration of the matters.

**IT IS THEREFORE ORDERED** that the following briefing schedule and page limitations apply to the pending motions for preliminary injunction and supersede all prior briefing deadlines and page-limitation orders:

(1)   All Federal Respondents shall file a single consolidated response brief (responding to both motions for preliminary injunction) of <u>no more than 50 pages</u> **on or before June 7, 2021**.

(2)   Intervenor-Respondents Conservation Group may file a single consolidated response brief (responding to both motions for preliminary injunction) of <u>no more than 25 pages</u> **on or before June 7, 2021**.

(3)   Intervenor-Respondents Business Coalition may file a single consolidated response brief (responding to both motions for preliminary injunction) of <u>no more than 25 pages</u> **on or before June 7, 2021**.

(4)   All Petitioners may file a single consolidated reply brief of <u>no more than 20 pages</u> **on or before June 17, 2021**.

The Court will then determine whether a hearing on the motions for preliminary injunction is necessary after reviewing the parties' briefs. *See Northglenn Gunther Toody's, LLC v. HQ8-10410-10450 Melody Lane LLC*, 702 F. App'x 702, 705 (10th Cir. 2017) ("neither Fed. R. Civ. P. 65(a) nor this circuit's precedent require the district court to hold an evidentiary hearing or oral argument before deciding a motion for preliminary injunction").

**ORDERED:** May _20th_, 2021.

Scott W. Skavdahl
United States District Judge