UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 MAY 20  PM 1: 04

MARGARET BOTKINS, CLERK
CASPER

WESTERN ENERGY ALLIANCE and
PETROLEUM ASSOCIATION OF WYOMING,

    Petitioners,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEB HAALAND, in her official capacity as Secretary of the Interior; and THE UNITED STATES BUREAU OF LAND MANAGEMENT,

    Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.* ("Business Coalition"),

    Intervenor-Respondents.

No. 21-CV-13-SWS
(Lead Case)

---

STATE OF WYOMING,

    Petitioner,

v.

THE UNITED STATES DEPARTMENT OF INTERIOR; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; THE BUREAU OF LAND MANAGEMENT; NADA CULVER, in her official capacity as Acting Director of the Bureau of Land Management; and KIM LIEBHAUSER, in her official capacity as the Acting Director of the Wyoming State Bureau of Land Management,

    Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.* ("Business Coalition"),

    Intervenor-Respondents.

No. 21-CV-56-SWS
(Joined Case)

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

This matter comes before the Court on the State of Wyoming's Motion to Consolidate Civil Cases (21CV56 Doc. 52). Having considered the motion and reviewed the records in each case, the Court finds the cases involve common questions of law and fact, and consolidation would encourage efficient administration of the issues while conserving resources. Consequently, pursuant to Fed. R. Civ. P. 42(a) and Local Civil Rule 42.1, the Court will grant the motion and consolidate the cases.

**IT IS THEREFORE ORDERED** that the State of Wyoming's Motion to Consolidate Civil Cases (21CV56 Doc. 52) is **GRANTED**. Case Numbers 21-CV-13-SWS and 21-CV-56-SWS are hereby consolidated under Fed. R. Civ. P. 42(a).

**IT IS FURTHER ORDERED** that Case No. 21-CV-13-SWS shall be the lead case, as reflected in the caption above. For ease of administration, **all further pleadings shall be filed in Case No. 21-CV-13-SWS**, and no further pleadings should be filed in Case No. 21-CV-56. Any further pleadings received by the Clerk of Court for Case No. 21-CV-56 shall be filed in Case No. 21-CV-13.

**ORDERED:** May 20th, 2021.

Scott W. Skavdahl
United States District Judge