UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JUN 10 PM 3: 19

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| WESTERN ENERGY ALLIANCE and PETROLEUM ASSOCIATION OF WYOMING,<br><br>    Petitioners,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEB HAALAND, in her official capacity as Secretary of the Interior; and THE UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>    Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.* ("Business Coalition"),<br><br>    Intervenor-Respondents. | No. 21-CV-13-SWS<br>(Lead Case) |
| STATE OF WYOMING,<br><br>    Petitioner,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF INTERIOR; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; THE BUREAU OF LAND MANAGEMENT; NADA CULVER, in her official capacity as Acting Director of the Bureau of Land Management; and KIM LIEBHAUSER, in her official capacity as the Acting Director of the Wyoming State Bureau of Land Management,<br><br>    Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.* ("Business Coalition"),<br><br>    Intervenor-Respondents. | No. 21-CV-56-SWS<br>(Joined Case) |

## ORDER AMENDING GLOBAL BRIEFING SCHEDULE FOR PRELIMINARY-INJUNCTION MOTIONS

Court staff was contacted by Petitioners who expressed some confusion about their reply brief limitations in this consolidated action. Having reviewed the matter, the Court agrees its prior Global Briefing Schedule for Preliminary-Injunction Motions (Doc. 48) was ambiguous, and it sets forth this clarification accordingly.

**IT IS ORDERED** that the sentence in the Global Briefing Schedule for Preliminary-Injunction Motions that provided:

(4) All Petitioners may file a single consolidated reply brief of <u>no more than 20 pages</u> **on or before June 17, 2021**.

is hereby **AMENDED** to:

(4) **On or before June 17, 2021:**

    (A) All Petitioners in both cases may together file a single consolidated reply brief of <u>no more than 20 pages</u> replying to both responses; OR

    (B) Petitioners in 21-CV-13-SWS may file a single reply brief of <u>no more than 10 pages</u> replying to both responses, while Petitioner in 21-CV-56-SWS may file a separate reply brief of <u>no more than 10 pages</u> replying to both responses.

**IT IS FURTHER ORDERED** that all other provisions of the Global Briefing Schedule for Preliminary-Injunction Motions (Doc. 48) not expressly modified herein shall remain in full force and effect.

**ORDERED:** June 10th, 2021.

Scott W. Skavdahl
United States District Judge