UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JUN 16 AM 11: 11

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| WESTERN ENERGY ALLIANCE and PETROLEUM ASSOCIATION OF WYOMING,<br><br>    Petitioners,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEB HAALAND, in her official capacity as Secretary of the Interior; and THE UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>    Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.* ("Business Coalition"),<br><br>    Intervenor-Respondents. | **No. 21-CV-13-SWS**<br>**(Lead Case)** |
| STATE OF WYOMING,<br><br>    Petitioner,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF INTERIOR; DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; THE BUREAU OF LAND MANAGEMENT; NADA CULVER, in her official capacity as Acting Director of the Bureau of Land Management; and KIM LIEBHAUSER, in her official capacity as the Acting Director of the Wyoming State Bureau of Land Management,<br><br>    Respondents, and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.* ("Business Coalition"),<br><br>    Intervenor-Respondents. | No. 21-CV-56-SWS<br>(Joined Case) |

## ORDER FOR LIMITED BRIEFING ON STAY OF PROCEEDINGS

This matter comes before the Court *sua sponte*. On June 15, 2021, Judge Terry Doughty of the Western District of Louisiana issued a written Memorandum Ruling and Order granting a preliminary injunction in a lawsuit with issues very similar to those in these proceedings. *State of Louisiana v. Joseph R. Biden, Jr.*, No. 2:21-CV-00778, --- F. Supp. 3d ---, 2021 WL 2446010 (W.D. La. June 15, 2021). That preliminary injunction enjoined the U.S. Department of Interior and U.S. Bureau of Land Management, and others, "from implementing the Pause of new oil and natural gas leases on public lands or in offshore waters as set forth in Section 208 of Executive Order 14008, 86 Fed. Reg. 7619, 7624-25 (Jan. 27, 2021) as to all eligible lands, both onshore and offshore." *Id.*, 2021 WL 2446010, at *22. Additionally, Judge Doughty ordered the preliminary injunction to apply nationwide. *Id.*

As a consequence of the alleged nationwide applicability of that preliminary injunction, and the apparent overlap between that case and this one, the Court seeks the parties' input as to whether a stay of proceedings in these joined cases is warranted.

**IT IS THEREFORE ORDERED** that, **on or before June 23, 2021**, the parties, grouped as set forth below, may file a written brief setting forth its/their position(s) concerning a potential stay of these proceedings in light of the preliminary injunction issued in the Western District of Louisiana.

(1) Petitioners in 21-CV-13-SWS may together file a joint brief of no more than 5 pages.

(2) Petitioner in 21-CV-56-SWS may file a single brief of no more than 5 pages.

(3) All Federal Respondents in both cases may together file a joint brief of no more than 5 pages.

(4) Intervenor-Respondents Business Coalition may together file a single brief of no more than 5 pages.

(5) Intervenor-Respondents Conservation Group may together file a single brief of no more than 5 pages.

Response and reply briefs concerning a stay of proceedings will not be permitted. The Court will enter a written order concerning whether a stay of proceedings is warranted after considering the parties' positions set forth in their briefing. As these proceedings are not currently stayed, all existing deadlines remain in effect.

**ORDERED:** June __16__, 2021.

Scott W. Skavdahl
United States District Judge