

FILED
3:53 pm, 10/19/21
U.S. Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, et al., ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> JOSEPH R. BIDEN, Jr., et al., ) <br> Respondents, ) <br> ) <br> CENTER FOR BIOLOGICAL ) <br> DIVERSITY, et al. (Conservation Groups), ) <br> and ALTERRA MOUNTAIN ) <br> COMPANY, et al. (Business Coalition), ) <br> Intervenor-Respondents. ) | Case No. 0:21-cv-00013-SWS <br> (Lead Case) |
| STATE OF WYOMING, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> INTERIOR, et al., ) <br> Respondents, ) <br> ) <br> CENTER FOR BIOLOGICAL ) <br> DIVERSITY, et al. (Conservation Groups), ) <br> and ALTERRA MOUNTAIN ) <br> COMPANY, et al. (Business Coalition) ) <br> Intervenor-Respondents. ) | Case No. 0:21-cv-00056-SWS <br> (Joined Case) |

**ORDER GRANTING WESTERN LEADERS NETWORK'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT RESPONDENTS AND INTERVENOR-RESPONDENTS**

Upon consideration of the Motion submitted by Western Leaders Network for Leave to File an Amicus Curiae Brief, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Western Leaders Network shall file the Amicus Curiae Brief within three business days of this Order.

SO ENTERED this 19th day of October, 2021.

_____
Kelly H. Rankin
United States Magistrate Judge