UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

WESTERN ENERGY ALLIANCE and
PETROLEUM ASSOCIATION OF WYOMING,

      Petitioners,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the
United States; DEB HAALAND, in her official capacity as
Secretary of the Interior; and THE UNITED STATES BUREAU
OF LAND MANAGEMENT,

      Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation
Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.*
("Business Coalition"),

      Intervenor-Respondents.

**No. 21-CV-13-SWS
(Lead Case)**

---

STATE OF WYOMING,

      Petitioner,

v.

THE UNITED STATES DEPARTMENT OF INTERIOR;
DEBRA ANNE HAALAND, in her official capacity as
Secretary of the Interior; THE BUREAU OF LAND
MANAGEMENT; NADA CULVER, in her official capacity
as Acting Director of the Bureau of Land Management; and
KIM LIEBHAUSER, in her official capacity as the Acting
Director of the Wyoming State Bureau of Land Management,

      Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ("Conservation
Groups"), and ALTERRA MOUNTAIN COMPANY, *et al.*
("Business Coalition"),

      Intervenor-Respondents.

No. 21-CV-56-SWS
(Joined Case)

## JUDGMENT

These joined cases came before the Court under the Administrative Procedure Act (APA) for judicial review of the Department of Interior's (DOI) postponement of certain oil and gas lease sales during the first quarter of 2021 and the DOI's failure to hold any oil and gas lease sales during the second quarter of 2021. The Court entered an Order Upholding Agency Action on Judicial Review (21-CV-13-SWS Doc. 115), which is fully incorporated herein by this reference. In accordance with the findings of fact and conclusions of law set forth in that Order,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioners lack standing to challenge the DOI's failure to conduct oil and gas lease sales in the second quarter of 2021, and the DOI's decisions to postpone oil and gas lease sales during the first quarter of 2021 are hereby **UPHELD AND AFFIRMED**.

**FINAL JUDGMENT** is hereby entered accordingly.

**DATED:** September __2nd__, 2022.

Scott W. Skavdahl
United States District Judge